## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-80009-T/P-HURLEY/BRANNON

UNITED STATES OF AMERICA,
        Plaintiff,

v.

CAREY LUNSFORD,
        Defendant.
-------------------------------------------/

### *ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 14]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, October 9, 2012, at 10:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of September, 2012.

copy furnished:
AUSA Kerry Baron
AFPD Lori E. Barrist
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge